COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:  01-13-00887-CV

Style:     Morrell Masonry Supply, Inc. v. Jesus Perez

Date motion filed: February 18, 2014

Type of Motion:  Objection to Mediation

Party filing motion: Appellee

   It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated February 7, 2014.

Judge's signature: <u>/s/ Evelyn Keyes</u>
       X  Acting individually

Date: <u>March 4, 2014</u>

---

\*  Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).